UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES, LLC, a Delaware entity, MAO-MSO RECOVERY II LLC, SERIES PMPI, a Delaware entity, and MSPA CLAIMS 1, LLC, a Florida entity,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, NOVO NORDISK INC., and ELI LILLY AND COMPANY,<br><br>Defendants. | Case No. 18-cv-02211(BRM)(LHG) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiffs, MSP Recovery Claims, Series, LLC, MAO-MSO Recovery II, LLC, Series PMPI, and MSPA Claims 1, LLC, pursuant to L. R. Civ. P. 102.1 hereby files its Notice of Substitution of Counsel and state as follows:

L. R. Civ. P. 102.1 states that "[a]fter a case has been first set for trial, the substitution and withdrawal shall not be permitted except by leave of Court." This case has not been set for trial yet, therefore, leave of Court is not necessary to substitute counsel.

Christopher Placitella, and Dennis Geier of Cohen, Placitella, and Roth P.C. hereby withdraw as attorneys of record for plaintiffs MSP Recovery Claims Series LLC, MAO – MSO Recovery II, LLC, Series PMPI, and MSPA Claims 1, LLC.

Glenn R. Reiser of the law firm Shapiro Croland Reiser Apfel & Di Iorio, LLP enters his appearance as attorney of record for plaintiffs MSP Recovery Claims Series LLC, MAO – MSO Recovery II, LLC, Series PMPI, and MSPA Claims 1, LLC.

1

Contact information for new counsel follows:

| |
|---|
| Attorney Name: Glenn R. Reiser |
| Firm Name: Shapiro Croland Reiser Apfel & Di Iorio, LLP |
| Address: 411 Hackensack Ave., Hackensack, New Jersey 07601 |
| Telephone: (201) 488-3900 |
| E-Mail: greiser@shapiro-croland.com |

## Client Statement

I consent to the above withdrawal and substitution of counsel.

Date: June 8, 2021                     /s Jorge Lopez

Jorge Lopez
Corporate Representative
MSP Recovery Claims, Series LLC,
MAO-MSO Recovery II, LLC Series PMPI,
and MSPA Claims 1, LLC

_____
Christopher M. Placitella

_____
Dennis Geier

Cohen, Placitella & Roth
127 Maple Avenue
Red Bank, New Jersey 07701
cplacitella@cprlaw.com
dgeier@cprlaw.com
Phone: (732) 747-9003

/s___Glenn R. Reiser_____
Glenn R. Reiser, Esq., N.J. Bar No. 21481990
Shaprio Croland Reiser Apfel & Di Lorio, LLP
411 Hackensack Ave.
Hackensack, New Jersey 07601
greiser@shapiro-croland.com
Phone: (201) 488-3900


John W. Cleary, Esq., Fla. Bar No. 118137
MSP Recovery Law Firm
2700 S. LeJeune Rd., 10th Floor
Coral Gables, FL 33134
jcleary@msprecoverylawfirm.com
Phone: (305) 614-2222